JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JUAN MENDOZA, | ) | No. ED CV 12-00136-DOC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DANIEL PARAMO, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 23, 2012

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE